ACCEPTED
14-14-00967-cv
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/11/2015 12:21:43 PM
CHRISTOPHER PRIN
CLERK

## CAUSE NO. 14-14-00967-CV

### IN THE COURT OF APPEALS
### FOR THE FOURTEENTH SUPREME JUDICIAL DISTRICT
### OF TEXAS HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 12:21:43 PM
CHRISTOPHER A. PRINE
Clerk

### RUFINA GUTIERREZ,

**Appellant,**

### VS.

### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,

**Appellee.**

### On Appeal From Cause No. 2014-09515
### In the 315TH Judicial District
### of Harris County, Texas

### SECOND MOTION FOR EXTENTION OF TIME TO FILE GUTIERREZ'S BRIEF

1. The Appellant, Rufina Gutierrez, requests that the deadline for filing her brief be extended for thirty days (until April 11, 2015).[1]

2. On November 20, 2014, the 315th Judicial District Court granted the Texas Department of Family and Protective services' Motion to Dismiss for Lack of Jurisdiction and Amicus Attorney's Motion to Strike Pleadings and thereby struck down Rufina Gutierrez' pleadings and Original petition for Adoption of a Child .[2]

3. On December 1, 2014, Rufina Gutierrez, through her counsel, Julie A. Ketterman, filed a Notice of Appeal.

4. Gutierrez's brief was originally due February 10, 2015.

---

[1] *See* TEX. R. APP. P. 10.5(b) & 38.6(d).
[2] Reporter's Record, p.40.

5. On February 6, 2015, this Court granted Gutierrez's Motion For Extension of Time to File Gutierrez' Brief.

6. Gutierrez' brief is now due March 12, 2015.

7. This is Gutierrez's second request for an extension.

8. Good cause exists for the extension.

9. Counsel is currently heavily involved in the following matters since Rufina Gutierrez' first motion for extension of time to file her brief:

   a. *In re: Regina Medina and SJ Carter Medina*, Cause No. 25274 in the 132nd Judicial District Court of Scurry County, Texas. Counsel was recently appointed to this case that required counsel to travel to Synder, Texas. Since appointment on the case, there has been a flurry of activity with various pleadings and motions filed.

   b. *State of Texas v. Reyna*, Cause No. 1359609 in the 182nd Judicial District Court of Harris County Texas. Much time has been spent reviewing over 11,000 pages of documents in preparation for a jury trial scheduled to begin on March 2, 2015. While trial was ultimately cancelled due to the primary witness being missing, counsel did not know until the day the trial was suppose to begin and therefore spent much time prior to trial date to prepare.

   c. *In re: Zachary Steven Welch and Karleigh Lynn Welch*, Cause No. 2014-62204 in the 247th Civil District Court in Harris County, Texas. This is a CPS case involving the death of a child. Due to the high exposure and severity of this case, much time has been spent in

preparation for the first adversarial hearing.

10. Due to counsel's involvement in these matters, she has been unable to adequately research and prepare Gutierrez' brief.

11. This motion is not sought for purposes of delay.

12. Rufina Gutierrez requests that the deadline for filing her brief be extended until April 11, 2015.

13. Rufina Gutierrez asks for any further relief that she may be justly entitled to receive.

Respectfully submitted,

KETTERMAN, HEDLESTEN, & AMANN, PLLC

By:_____
JULIE A. KETTERMAN
Texas Bar No. 24013722
Ketterman, Hedlesten, & Amann, PLLC
1004 Prairie, Suite 300
Houston, Texas 77002
713.652.2003 (Phone)
713.652.2002 (Facsimile)
Email: office@khalawyers.com

## CERTIFICATE OF SERVICE

A copy of this Motion for Extension of Time to File Gutierrez's Brief was sent to

the following party(ies) by the means indicated on March 11, 2014:

*Facsimile:* 512-276-3000

Texas Department of Family and Protective Services
2525 Murworth Drive
Mail Code 362-2
Houston, TX 77054
Phone: 713-394-4010
Fax: 512-276-3000
Email – kali.morgan@dfps.state.tx.us

JULIE A. KETTERMAN